# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREA COLLYER-HARMON,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:24-cv-00938-YY<br><br><br>ORDER FOR ATTORNEY FEES |

1. Plaintiff has requested $6,799.68 be approved in EAJA fees and Defendant has no objection to this amount.

2. Therefore, the Commissioner is directed to pay EAJA fees in the amount of $6,799.68.

ORDER FOR ATTORNEY FEES 1 [3:24-CV-00938-YY]

2. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award, after offset of qualifying federal debt under the Treasury Offset Program, shall be made payable to Plaintiff and shall be mailed to Plaintiff's attorney, D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

3. If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Mr. Tree and mailed to the address above or, or direct deposited into the Tree Law Office account, because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Tree.

Dated this 3rd day of September, 2025.

                                                YOULEE YIM YOU
                                                UNITED STATES MAGISTRATE JUDGE

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

**DATED this 3rd day of September, 2025.**

                                                Respectfully submitted,

                                                s/ D. JAMES TREE, WSBA #16976
                                                Attorney for Plaintiff
                                                3711 Englewood Avenue
                                                Yakima, Washington 98902
                                                Telephone: (509) 452-1700
                                                Fax: (509) 577-9109

ORDER FOR ATTORNEY FEES 2 [3:24-CV-00938-YY]